**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| DOMINGO RODRIGUEZ LEBRON<br><br>    Petitioner<br><br>         v.<br><br>UNITED STATES OF AMERICA<br><br>    Respondent. | Civ. No. 04-2191(PG)<br><br> (Re: Crim. No.02-393(PG)) |

**ORDER**

Upon careful review of the Magistrate Judge's Report and Recommendation ("R&R")--to which no objections were filed–-the Court hereby **APPROVES** and **ADOPTS** the Magistrate Judge's R&R. **(Docket No. 42.)** Accordingly, petitioner's §2255 motion is **GRANTED IN PART AND DENIED IN PART.** (Docket No. 1.)

Petitioner's right to appeal shall be reinstated by means of a re-sentencing which the Court shall schedule forthwith.

Judgment shall be entered dismissing this case for all statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, March 1, 2006.

S/JUAN M. PEREZ-GIMENEZ
U.S. District Judge